**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Case No. 12-31018-DHW
Chapter 13

DIONNE S WELLS
XXX-XX-3745

Debtor

**CHAPTER 13 NOTICE OF**
**COMPLETION OF CHAPTER 13 PAYMENTS**

Comes now the Chapter 13 Trustee in the above styled case and hereby gives notice of the debtor's completion of the Chapter 13 plan payments pursuant to 11 USC §1328(a).

Done Thursday, November 3, 2016.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing CHAPTER 13 NOTICE OF COMPLETION OF CHAPTER 13 PAYMENTS on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed.

Done, Thursday, November 3, 2016.

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee

cc: Debtor (s)
Debtor Attorney
All Creditors